IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUTUAL SECURITIES, INC.; AARON JASPER; MITCHELL VOSS; RYAN SABOL; NICHOLAS DAMIANI; and JULIE COHEN,<br><br>Petitioners,<br><br>v.<br><br>VINCENT F. GILOTTI and MARY LOU GILOTTI<br><br>Respondents. | CIVIL ACTION<br><br>NO. 21-5031 |

### ORDER RE: PLAINTIFFS' AMENDED PETITION TO VACATE ARBITRATION AWARD

**AND NOW** this 14th day of December, 2022, based on the foregoing Memorandum, the novelty of the factual situation presented, and the limited jurisdiction which this Court has over arbitration decisions, it is hereby **ORDERED** the Mutual parties shall file a supplemental memorandum, not exceeding ten (10) pages in length, stating their contentions about this Memorandum, and any further relief that may be requested, which may include filing another complaint in this Court or in state court or making another demand for arbitration.

The Court is also concerned about entering an order requiring FINRA to do something when it has not been a party to this proceeding and may not want, for reasons of its own, to do what Mutual requests.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

21cv5031 Order re Plaintiffs' Amended Petition to Vacate Arbitration Award.docx