IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUTUAL SECURITIES, INC.; AARON JASPER; MITCHELL VOSS; RYAN SABOL; NICHOLAS DAMIANI; and JULIE COHEN,**<br><br>Petitioners,<br><br>v.<br><br>**VINCENT F. GILOTTI and MARY LOU GILOTTI**<br><br>Respondents. | **CIVIL ACTION**<br><br>**NO. 21-5031** |

## ORDER

**AND NOW**, this 1st day of February, 2023, it is hereby **ORDERED** that Petitioners' Amended Petition to Vacate Arbitration Award is **GRANTED** and the matter is **REMANDED** to the FINRA Arbitration Panel for a hearing.  The Clerk shall close this case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, U.S.D.J.**